IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARIEL MORENO                                                                                        PLAINTIFF

VS.                                                        CIVIL ACTION NO.: 1:15cv275-HSO-JCG

ASAP EMS CORPORATION d/b/a ASAP AMBULANCE SERVICE        DEFENDANT

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS COURT, having been advised by counsel for the PLAINTIFF and DEFENDANT that a compromise settlement between these parties has been reached, is of the opinion that there is good cause for entry of this Agreed Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of this Judgment.

**IT IS THEREFORE ORDERED** that any and all claims which were made or could have been made by PLAINTIFF against DEFENDANT are hereby dismissed with prejudice, with each party to bear their own costs.

**IT IS FURTHER ORDERED** that the trial of this cause set for April 3, 2017 be removed from the Court's docket.

**SO ORDERED**, this the 28th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
Daniel M. Waide
*Attorney for PLAINTIFF*

_____
William E. Ready, Jr.
*Attorney for DEFENDANT*